UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

HENRY L. STEWARD,                         :
                                          :        Civil Action No. 14-1214 (MAS)
                    Plaintiff,            :
                                          :
          v.                              :        MEMORANDUM ORDER
                                          :
A.A. BAILBONDSMAN AGENCY,                 :
                                          :
                    Defendant.           :

THIS MATTER comes before the Court by application filed by Plaintiff, Henry L. Steward, to re-open his case. (ECF No. 3.) It appears that:

1.  On February 25, 2014, Plaintiff filed a Complaint without submitting the requisite filing fee or a complete application to proceed *in forma pauperis* ("IFP"). (ECF No. 1.) Consequently, this Court issued an Order on March 5, 2014, administratively terminating the action. Plaintiff was informed by the Order that he could re-open his case upon submission of the filing fee or a complete IFP application. (ECF No. 2.)

2.  On March 19, 2014, Plaintiff submitted a complete IFP application as directed by the Court's March 5, 2014 Order, with a letter requesting that this action be re-opened. (ECF No. 3.)

THEREFORE, IT IS ON THIS _30th_ day of May 2014

ORDERED that the Clerk shall RE-OPEN the file in order for this Court to entertain Plaintiff's application to proceed *in forma pauperis* and, if same is granted, to screen the Complaint for dismissal pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A; and it is further

ORDERED that the Clerk shall serve a copy of this Order upon Plaintiff by regular mail.


MICHAEL A. SHIPP
United States District Judge